734 A.2d 388

**COMMONWEALTH of Pennsylvania, Appellant**

v.

**Artonio Mark STOVALL, Appellee.**

Supreme Court of Pennsylvania.

Argued Sept. 16, 1998.

Decided July 21, 1999.

Joseph P. Conti, Elvage G. Murphy, Marshall J. Piccinini, Erie, for the Com., appellant. Andrea F. McKenna, Harrisburg, for the Com.–Atty. Gen., appellant.

Joseph P. Burt, Erie, for Stovall, appellee.

Karl Baker, Stefen Presser, for amicus.

436

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

## ORDER

PER CURIAM.

Based upon our disposition in *Commonwealth v. Williams*, 557 Pa. 285, 733 A.2d 593 (1999), we affirm the Order of the Erie County Court of Common Pleas dated October 3, 1997. Furthermore, we remand the matter to the common pleas court for disposition of any remaining issues.

Jurisdiction is relinquished.

Justice CASTILLE files a Dissenting Statement.

CASTILLE, Justice, dissenting.

I dissent for the reasons expressed in my dissenting opinion in *Commonwealth v. Williams*, 557 Pa. 285, 733 A.2d 593 (1999).